UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DR. BORIS ODYNOCKI** | : | **CIVIL ACTION** |
| **VERSUS** | : | **NO.:** |
| **SOUTHERN UNIVERSITY AT NEW ORLEANS; DR. DENNIS J. SHIELDS, PRESIDENT-CHANCELLOR, SOUTHERN UNIVERSITY SYSTEM; DR. JAMES H. AMMONS, JR, CHANCELLOR OF SOUTHERN UNIVERSITY AT NEW ORLEANS** | : : : | **JUDGE** **MAGISTRATE** |
| | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF REMOVAL**

**NOW INTO COURT,** through undersigned counsel, come the Defendants, the State of Louisiana through Southern University at New Orleans ("SUNO"), President Dennis Shields (improperly referred to as Dr. Dennis Shields), and Dr. James Ammons, Jr. who file this Notice of Removal on the following grounds, to-wit:

**THE REMOVED CASE**

1.

On or about July 11, 2022 Plaintiff filed this suit in Civil District Court for the Parish of Orleans, State of Louisiana, captioned *Dr. Boris Odynocki v. Southern University at New Orleans, et al*, Docket Number: 22-06112, Division "G".[1]  Plaintiff sues under 42 U.S.C. § 1983 asserting entitlement to damages from Defendants as a result of alleged violations of the United States Constitution.  Plaintiff also asserts claims under Louisiana state law.

---

[1] *See*, Exhibit A Original Petition for Damages; *see also*, Exhibit B Amended Petition wherein Plaintiff further describes the alleged facts and circumstances surrounding his employment status.

1

2.

Because Plaintiff's claims arise under federal law, this Honorable Court has original jurisdiction under 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1343 (civil rights and elective franchise). To the extent Plaintiff also asserts claims under Louisiana law, these claims arise out of the same common nucleus of operative facts that underlie the federal law claims. This Honorable Court has jurisdiction over the aforementioned state law claims pursuant to 28 U.S.C. § 1367.

3.

28 U.S.C. § 1441, et seq., provide the Defendants with the right to remove the aforementioned cause of action from Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, which embraces the place where the action is pending.

4.

This notice is timely under the provisions of 28 U.S.C. § 1446(b) as it was filed within thirty (30) days of Defendants' notice that the case was removable.

**PARTIES**

5.

On or about July 19, 2022, Defendants SUNO and Dr. Ammons were served with citation and a copy of Plaintiff's Petition for Damages. Defendant President Shields (improperly referred to as Dr. Dennis Shields) was served with citation and a copy of Plaintiff's Petition for Damages on August 01, 2022.[2]

---

[2] Exhibit C, Citations as to SUNO, President Dennis Shields (improperly referred to as Dr. Dennis Shields), and Dr. Ammons.

## REMOVAL IS TIMELY

6.

The appearing Defendants show that this notice of removal was timely filed with this Court pursuant to the provisions of 28 U.S.C. §1446 because it was removed within thirty (30) days after the service of the Citation and Petition upon the Defendants SUNO, President Dennis Shields (improperly referred to as Dr. Dennis Shields), and Dr. Ammons.[3]

## VENUE

7.

The venue of this removal action is proper pursuant to the provisions of 28 U.S.C. §1441(a), insofar as the United States District Court for the Eastern District of Louisiana embraces the Civil District Court for the Parish of Orleans, the Court where the instant action is currently pending.

## NOTICE OF REMOVAL

8.

Notice of the filing of this Removal is being given to the adverse party, as required by law.

9.

A true copy of this Notice of Removal is being filed with the Clerk of Court for Civil District Court for the Parish of Orleans, State of Louisiana, as required by law.

10.

Defendants, SUNO, President Dennis Shields (improperly referred to as Dr. Dennis Shields), and Dr. Ammons, hereby remove this case from Civil District Court for the Parish of

---

[3] All Defendants reserve the right to raise the defense of improper service for any party not properly served, in accordance with the rules of Federal Civil Procedure and Louisiana law.

Orleans, to the United States District Court for the Eastern District of Louisiana for further disposition.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY: /s/ *Christopher J. Rouse*
**CHRISTOPHER J. ROUSE (32668)**
**ASSISTANT ATTORNEY GENERAL**
LOUISIANA DEPARTMENT OF JUSTICE
LITIGATION DIVISION
1450 Poydras Street, Suite 900
New Orleans, Louisiana  70112
Telephone No.:  (504) 599-1200
Facsimile No.:  (504) 599-1212
E-Mail: rousec@ag.louisiana.gov
*Counsel for Defendants SUNO, President Shields and Dr. Ammons*

&

BY: /s/ *Brandon DeCuir*
**BRANDON DECUIR (28014)**
**MONICA GANT MOTON (27222)**
**DeCUIR, CLARK & ADAMS, LLP**
732 North Boulevard
Baton Rouge, LA 70802
Telephone No.: (225) 346-8716
Facsimile No.: (225) 336-1950
Email: brandon@decuirlaw.com
Email: mmoton@decuirlaw.com
*Counsel for Defendants SUNO, President Shields, and Dr. Ammons*

*[certificate of service on following page]*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing *Notice of Removal* will be filed with the Civil District Court, Parish of Orleans, State of Louisiana on the 17 day of August, 2022.

**I FURTHER CERTIFY** that on the 17 day of August, 2022 the foregoing *Notice of Removal* was provided to Plaintiff via U.S. First Class Mail as follows:

Dr. Boris Odynocki
*Pro Se*
234 Goldenwood Dr.
Slidell, LA  70461

*s/     Christopher J. Rouse*
**CHRISTOPHER J. ROUSE (32668)
ASSISTANT ATTORNEY GENERAL**